# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MEDHAT S. BOLES, SR.,**<br>　　　　**Plaintiff,**<br>　　v.<br>**CAROLYN W. COLVIN**, Acting<br>**Commissioner of Social Security,**<br>　　　　**Defendant.** | NO. EDCV 15-1643-KS<br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: February 25, 2016

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1